## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, December 8, 2020 8:02 AM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:18-cv-07628-AJN Yang v. Mic Network Inc. Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/8/2020 at 8:01 AM EST and filed on 12/8/2020
**Case Name:** Yang v. Mic Network Inc.
**Case Number:** 1:18-cv-07628-AJN
**Filer:**
**WARNING: CASE CLOSED on 09/25/2019**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [48] Notice of Appeal, filed by Stephen Yang were transmitted to the U.S. Court of Appeals. (tp)**

**1:18-cv-07628-AJN Notice has been electronically mailed to:**

James H. Freeman    jf@liebowitzlawfirm.com

Eleanor Martine Lackman    eml@msk.com, kld@msk.com, mcp@msk.com

Joseph Anthony Dunne    joseph.dunne@sriplaw.com, 4682945420@filings.docketbird.com, docket@sriplaw.com

Richard Liebowitz    RL@LiebowitzLawFirm.com, Rebecca@LiebowitzLawFirm.com

**1:18-cv-07628-AJN Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18−cv−07628−AJN

| | |
|---|---|
| Yang v. Mic Network Inc.<br>Assigned to: Judge Alison J. Nathan<br>Cause: 17:101 Copyright Infringement | Date Filed: 08/21/2018<br>Date Terminated: 09/25/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

**Stephen Yang**     represented by     **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516−233−1660
Email: RL@LiebowitzLawFirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Freeman**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza #305
Valley Stream, NY 11580
(516) 233−1660
Fax: (516) 612−2740
Email: jf@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

**Joseph Anthony Dunne**
SRIPLAW, PLLC
125 Maiden Lane
Suite 5c
New York, NY 10038
929−200−8446
Fax: 561−404−4353
Email: joedunnelaw@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mic Network Inc.**     represented by     **Eleanor Martine Lackman**
Mitchell Silberberg & Knupp LLP
437 Madison Avenue
25th Floor
New York, NY 10022
212−509−3900
Email: eml@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Rebecca Edelstein**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
(914)−396−6480
Email: LEdelstein@cdas.com
*TERMINATED: 08/04/2020*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2018 | 1 | COMPLAINT against Mic Network Inc.. (Filing Fee $ 400.00, Receipt Number 0208–15479199)Document filed by Stephen Yang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Dunne, Joseph) (Entered: 08/21/2018) |
| 08/21/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Mic Network Inc., re: 1 Complaint. Document filed by Stephen Yang. (Dunne, Joseph) (Entered: 08/21/2018) |
| 08/21/2018 | 3 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Dunne, Joseph) (Entered: 08/21/2018) |
| 08/21/2018 | 4 | CIVIL COVER SHEET filed. (Dunne, Joseph) (Entered: 08/21/2018) |
| 08/22/2018 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Alison J. Nathan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (jgo) (Entered: 08/22/2018) |
| 08/22/2018 |  | Magistrate Judge Henry B. Pitman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (jgo) (Entered: 08/22/2018) |
| 08/22/2018 |  | Case Designated ECF. (jgo) (Entered: 08/22/2018) |
| 08/22/2018 | 5 | ELECTRONIC SUMMONS ISSUED as to Mic Network Inc.. (jgo) (Entered: 08/22/2018) |
| 08/22/2018 | 6 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights. (jgo) (Entered: 08/22/2018) |
| 08/22/2018 | 7 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/11/2019 at 02:15 PM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan. (As further set forth in this Order.) Parties ordered to submit via ECF proposed case management plan and joint letter seven days before conference. (Signed by Judge Alison J. Nathan on 8/22/2018) (cf) (Entered: 08/23/2018) |
| 08/24/2018 | 8 | NOTICE OF APPEARANCE by Richard Liebowitz on behalf of Stephen Yang. (Liebowitz, Richard) (Entered: 08/24/2018) |
| 09/27/2018 | 9 | NOTICE OF APPEARANCE by Eleanor Martine Lackman on behalf of Mic Network Inc.. (Lackman, Eleanor) (Entered: 09/27/2018) |
| 09/27/2018 | 10 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Alison J. Nathan from Eleanor M. Lackman dated 09/27/2018. Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 09/27/2018) |
| 10/01/2018 | 11 | ORDER granting 10 Letter Motion for Extension of Time to Answer. SO ORDERED. (Mic Network Inc. answer due 11/1/2018) (Signed by Judge Alison J. Nathan on 9/30/2018) (jca) (Entered: 10/01/2018) |
| 11/01/2018 | 12 | MOTION to Dismiss . Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 11/01/2018) |
| 11/01/2018 | 13 | MEMORANDUM OF LAW in Support re: 12 MOTION to Dismiss . . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 11/01/2018) |

| | | |
|---|---|---|
| 11/01/2018 | 14 | DECLARATION of Eleanor M. Lackman in Support re: 12 MOTION to Dismiss .. Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit A to Declaration of Eleanor M. Lackman, # 2 Exhibit B to Declaration of Eleanor M. Lackman, # 3 Exhibit C to Declaration of Eleanor M. Lackman)(Lackman, Eleanor) (Entered: 11/01/2018) |
| 11/05/2018 | 15 | ORDER: On November 1, 2018, Defendant Mic Network, Inc., filed a motion to dismiss. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, on or before November 12, 2018, Plaintiff must notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so or (2) it will rely on the pleading being attacked, as further set forth in this order. The initial pretrial conference scheduled for January 11, 2019, is adjourned pending resolution of this motion. (Signed by Judge Alison J. Nathan on 11/2/2018) (jwh) (Entered: 11/05/2018) |
| 11/12/2018 | 16 | NOTICE of Of Intent to File Amended Complaint re: 15 Order,,. Document filed by Stephen Yang. (Dunne, Joseph) (Entered: 11/12/2018) |
| 11/21/2018 | 17 | FIRST AMENDED COMPLAINT amending 1 Complaint against Mic Network Inc. with JURY DEMAND.Document filed by Stephen Yang. Related document: 1 Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Dunne, Joseph) (Entered: 11/21/2018) |
| 11/27/2018 | 18 | NOTICE OF APPEARANCE by Lindsay Rebecca Edelstein on behalf of Mic Network Inc.. (Edelstein, Lindsay) (Entered: 11/27/2018) |
| 12/05/2018 | 19 | MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* . Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 12/05/2018) |
| 12/05/2018 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* . . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 12/05/2018) |
| 12/05/2018 | 21 | DECLARATION of Eleanor M. Lackman in Support re: 19 MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* .. Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit A to the Declaration of Eleanor M. Lackman, # 2 Exhibit B to the Declaration of Eleanor M. Lackman, # 3 Exhibit C to the Declaration of Eleanor M. Lackman)(Lackman, Eleanor) (Entered: 12/05/2018) |
| 12/19/2018 | 22 | MEMORANDUM OF LAW in Opposition re: 19 MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* . . Document filed by Stephen Yang. (Dunne, Joseph) (Entered: 12/19/2018) |
| 12/21/2018 | 23 | LETTER MOTION for Extension of Time to File Response/Reply as to 19 MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* ., 20 Memorandum of Law in Support of Motion, 21 Declaration in Support of Motion, addressed to Judge Alison J. Nathan from Eleanor M. Lackman dated 12/21/2018. Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 12/21/2018) |
| 12/21/2018 | 24 | ORDER granting 23 Letter Motion for Extension of Time to File Response/Reply. SO ORDERED. Replies due by 1/7/2019. (Signed by Judge Alison J. Nathan on 12/21/2018) (cf) (Entered: 12/21/2018) |
| 01/07/2019 | 25 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* . . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 01/07/2019) |
| 09/24/2019 | 26 | OPINION & ORDER re: 19 MOTION to Dismiss *Plaintiff Stephen Yang's First Amended Complaint dated November 21, 2018 17* filed by Mic Network Inc., 12 MOTION to Dismiss filed by Mic Network Inc. For the reasons given above, the Court hereby GRANTS Defendant's motion to dismiss. Plaintiff has already amended its claims once in response to Defendant's initial motion, which pressed the same arguments as those raised here. Dkt. No. 12. Moreover, Plaintiff has not requested an opportunity to amend nor stated what amendments, if any, he would seek to make. For those reasons, this dismissal is with prejudice. See Gallop v. Cheney, 642 F.3d 364,369 (2d Cir. 2011 ). This resolves docket item number 19. The Clerk of Court is |

| | | |
|---|---|---|
| | | directed to enter judgment and close the case. (Signed by Judge Alison J. Nathan on 9/23/2019) (mro) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/24/2019) |
| 09/25/2019 | 27 | CLERK'S JUDGMENT re: 26 Memorandum & Opinion in favor of Mic Network Inc. against Stephen Yang. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated September 24, 2019, Defendant's motion to dismiss is GRANTED. Plaintiff has already amended its claims once in response to Defendant's initial motion, which pressed the same arguments as those raised here. Moreover, Plaintiff has not requested an opportunity to amend nor stated what amendments, if any, he would seek to make. For those reasons, this dismissal is with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 9/25/2019) (Attachments: # 1 Right to Appeal)(km) (Entered: 09/25/2019) |
| 10/08/2019 | 28 | MOTION for Reconsideration re; 26 Memorandum & Opinion,,, . Document filed by Stephen Yang.(Liebowitz, Richard) (Entered: 10/08/2019) |
| 10/08/2019 | 29 | MEMORANDUM OF LAW in Support re: 28 MOTION for Reconsideration re; 26 Memorandum & Opinion,,, . . Document filed by Stephen Yang. (Liebowitz, Richard) (Entered: 10/08/2019) |
| 10/09/2019 | 30 | MOTION for Attorney Fees *and Sanctions*. Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 10/09/2019) |
| 10/09/2019 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION for Attorney Fees *and Sanctions*. . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 10/09/2019) |
| 10/09/2019 | 32 | DECLARATION of Eleanor M. Lackman in Support re: 30 MOTION for Attorney Fees *and Sanctions*.. Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit A to the Declaration of Eleanor M. Lackman)(Lackman, Eleanor) (Entered: 10/09/2019) |
| 10/18/2019 | 33 | MEMORANDUM OF LAW in Opposition re: 28 MOTION for Reconsideration re; 26 Memorandum & Opinion,,, . . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 10/18/2019) |
| 10/23/2019 | 34 | MEMORANDUM OF LAW in Opposition re: 30 MOTION for Attorney Fees *and Sanctions*. . Document filed by Stephen Yang. (Attachments: # 1 Exhibit A: Judge Batts' Decision on Attorneys' Fees in Rudkowski v. Mic Network, Inc.)(Liebowitz, Richard) (Entered: 10/23/2019) |
| 10/24/2019 | 35 | LETTER MOTION for Extension of Time to File Response/Reply as to 30 MOTION for Attorney Fees *and Sanctions*. addressed to Judge Alison J. Nathan from Eleanor M. Lackman, Esq. dated October 24, 2019. Document filed by Mic Network Inc..(Lackman, Eleanor) (Entered: 10/24/2019) |
| 10/25/2019 | 36 | ORDER granting 35 Letter Motion for Extension of Time to File Response/Reply. SO ORDERED. Replies due by 11/13/2019. (Signed by Judge Alison J. Nathan on 10/25/2019) (cf) (Entered: 10/25/2019) |
| 10/25/2019 | 37 | REPLY MEMORANDUM OF LAW in Support re: 28 MOTION for Reconsideration re; 26 Memorandum & Opinion,,, . . Document filed by Stephen Yang. (Liebowitz, Richard) (Entered: 10/25/2019) |
| 11/13/2019 | 38 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION for Attorney Fees *and Sanctions*. . Document filed by Mic Network Inc.. (Lackman, Eleanor) (Entered: 11/13/2019) |
| 07/29/2020 | 39 | LETTER addressed to Judge Alison J. Nathan from Eleanor M. Lackman dated July 29, 2020 Document filed by Mic Network Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Lackman, Eleanor) (Entered: 07/29/2020) |
| 07/30/2020 | 40 | MOTION for Lindsay R. Edelstein to Withdraw as Attorney . Document filed by Mic Network Inc...(Edelstein, Lindsay) (Entered: 07/30/2020) |

| | | |
|---|---|---|
| 08/03/2020 | 41 | MOTION to Strike Document No. 39 . Document filed by Stephen Yang. Responses due by 8/17/2020.(Liebowitz, Richard) (Entered: 08/03/2020) |
| 08/03/2020 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Strike Document No. 39 . . Document filed by Stephen Yang..(Liebowitz, Richard) (Entered: 08/03/2020) |
| 08/03/2020 | 43 | DECLARATION of Richard Liebowitz in Support re: 41 MOTION to Strike Document No. 39 .. Document filed by Stephen Yang..(Liebowitz, Richard) (Entered: 08/03/2020) |
| 08/03/2020 | 44 | NOTICE of Order. Document filed by Stephen Yang..(Liebowitz, Richard) (Entered: 08/03/2020) |
| 08/04/2020 | 45 | MEMO ENDORSEMENT granting 40 MOTION for Lindsay R. Edelstein to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Lindsay Rebecca Edelstein terminated. (Signed by Judge Alison J. Nathan on 8/4/2020) (jca) (Entered: 08/05/2020) |
| 11/09/2020 | 46 | OPINION AND ORDER. For the reasons stated above, Plaintiff's motion for reconsideration is DENIED. This resolves Dkt. No. 28. Moreover, Defendant's motion for attorney's fees and sanctions is also DENIED. This resolves Dkt. No. 30. And Plaintiff's motion to strike Defendant's July 29, 2020 filing, Dkt. No. 39, is DENIED as moot. This resolves Dkt. No. 41. SO ORDERED. re: 30 MOTION for Attorney Fees *and Sanctions* filed by Mic Network Inc. 41 MOTION to Strike Document No. 39 filed by Stephen Yang. 28 MOTION for Reconsideration re; 26 Memorandum & Opinion filed by Stephen Yang. (Signed by Judge Alison J. Nathan on 11/9/2020) (rjm) (Entered: 11/09/2020) |
| 12/07/2020 | 47 | NOTICE OF APPEARANCE by James H. Freeman on behalf of Stephen Yang..(Freeman, James) (Entered: 12/07/2020) |
| 12/07/2020 | 48 | NOTICE OF APPEAL from 27 Clerk's Judgment,, 26 Memorandum & Opinion,,,. Document filed by Stephen Yang. Filing fee $ 505.00, receipt number ANYSDC–22922781. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Freeman, James) (Entered: 12/07/2020) |
| 12/08/2020 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 48 Notice of Appeal. (tp) (Entered: 12/08/2020) |
| 12/08/2020 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 48 Notice of Appeal, filed by Stephen Yang were transmitted to the U.S. Court of Appeals. (tp) (Entered: 12/08/2020) |