

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

May 2, 2022

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  <u>Yang v. Mic Network, Inc., Nos. 18-cv-07628 (S.D.N.Y.), 20-4097-cv(L), 20-4201-cv(XAP)</u>

Dear Ms. Wolfe:

On behalf of Defendant-Appellee-Cross-Appellant Mic Network Inc. ("Mic Network"), we write to withdraw Mic Network's itemized Bill of Costs (*see* ECF Nos. 101, 103) pertaining to the above-referenced appeal.

Such withdrawal is being done upon mutual agreement between the parties, and the undersigned has been advised by counsel for Plaintiff-Appellant-Cross-Appellee Stephen Yang ("Yang"), that Yang's withdrawal of his itemized Bills of Costs (*see* ECF No. 80) pertaining to the above-referenced cross-appeal will be filed shortly.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eleanor M. Lackman
Partner of
MITCHELL SILBERBERG & KNUPP LLP

EML

14185975.1

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM