UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-two.

_____

Stephen Yang,

        Plaintiff - Appellant-Cross-Appellee,

v.

Mic Network Inc.,

        Defendant - Appellee-Cross-Appellant.

_____

**ORDER**

Docket Nos. 20-4097(L), 20-4201(XAP)

The parties' jointly request to withdraw their respective itemized bill of costs.

IT IS HEREBY ORDERED that the joint request is GRANTED. The itemized bills of costs are deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court